UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GEORGE LEDESMA**,<br><br>                                    Petitioner,<br>vs.<br><br>**JOHN MARSHALL, WARDEN**,<br><br>                                    Respondent. | CASE NO.  08cv0309-JTM(CAB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART RESPONDENT'S MOTION FOR STAY**<br><br>**Doc. No. 18** |

By order entered August 5, 2009, this court granted a petition for writ of habeas corpus under 28 U.S.C. § 2254 by George Ledesma ("Ledesma"), a state prisoner proceeding with the assistance of counsel. ("Order," Doc. No. 16.) The court ordered Respondent to release Ledesma within ten (10) days of entry of the Order, which would be August 19, 2009.

Pending before the court is Respondent's motion to stay the effective date of the Order pending resolution of Respondent's appeal to the Ninth Circuit Court of Appeals. (Doc. No. 18.) Petitioner opposes the motion. (Doc. No. 20.) Respondent filed his Notice of Appeal with the Ninth Circuit on August 6, 2009. (Doc. No. 19.) The court hereby **GRANTS IN PART** and **DENIES IN PART** the motion to stay.

The court **DENIES** the motion for a long-term stay but **GRANTS** a *temporary* stay of the effective date of the Order to September 17, 2009 to allow Respondent time to file a request for a

1  further stay of the Order by the Ninth Circuit.  Respondent shall file a verification of his Ninth Circuit
2  stay request with this court.
3  **IT IS SO ORDERED.**
4  DATED: August 7, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge