# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **GEORGE LEDESMA**, <br><br> Petitioner, <br><br> vs. <br><br> **JOHN MARSHALL, WARDEN**, <br><br> Respondent. | CASE NO. 08cv0309-JTM(CAB) <br><br> **ORDER DIRECTING RESPONSE TO PETITIONER'S "REQUEST FOR IMMEDIATE ORDER DIRECTING RESPONDENT TO COMPLY WITH THE ORDER OF AUGUST 3, 2009, BY ACCREDITING HIS PAROLE TERM WITH THE TIME OF HIS EXCESSIVE IMPRISONMENT, AND TO DISCHARGE HIS PAROLE"** <br><br> Doc. No. 25 |

With an order dated August 3, 2009, this court granted Petitioner's petition for a writ of habeas corpus and ordered his release from detention. (Doc. No. 16). Petitioner was released on September 19, 2009 and placed on parole. (Doc. No. 25, ¶ 4). On December 3, 2009, Petitioner attended a hearing before the Board of Parole Hearings ("BPH") to set his term, parole date, and parole discharge date. (Doc. No. 25, ¶ 5). At that meeting, Petitioner sought to have his parole discharged based upon his reading of the court's order granting habeas corpus relief, but BPH declined. (Doc. No. 25, ¶ 6). Petitioner now requests an order from this court directing Respondent to comply with the August 3 order by discharging Petitioner's parole.

Before ruling on Petitioner's request, the court seeks a response from Respondent.

1 Accordingly, Respondent shall file a response to Petitioner's request no later then December 22, 2009.
2 Petitioner shall not file a reply to Respondent's response. At that time, the court will take the matter
3 under submission without a hearing.
4     **IT IS SO ORDERED.**
5 DATED: December 9, 2009

                Hon. Jeffrey T. Miller
                United States District Judge