UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEDESMA,<br><br>　　　　　　　　　Petitioner,<br>　vs.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　　　　　　Respondent. | CASE NO. 08 CV 309 JM (CAB)<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR FURTHER ORDER**<br><br>Doc. No. 25 |

On August 3, 2009, this court granted Petitioner George Ledesma's ("Ledesma") petition for writ of habeas corpus and ordered Responded John Marshall to immediately release Ledesma from custody. (Doc. No. 16). Ledesma's release was briefly stayed to give the Ninth Circuit the opportunity to grant a longer stay pending appeal. (Doc. No. 21). The Ninth Circuit declined to stay Ledesma's release. Therefore, Ledesma was released on September 19, 2009. (*See* Doc. No. 25).

On December 3, 2009, Ledesma attended a hearing before the Board of Parole Hearings ("BPH") to set his term, parole date, and parole discharge date. (Doc. No. 25, hereinafter "Request," ¶ 5). Ledesma parole release date was not set at the hearing, although Respondent now contends that the appropriate parole release date is April 1, 2010. (Doc. No. 26). Ledesma argues that this court's prior order requires that he be released from parole immediately. (Request ¶ 8).

This court's prior order requires that

> in determining Ledesma's parole period, the BPH shall credit him with custodial time served since the release date he would have received on a 2006 finding of suitability,

or the date such a finding would have become final pursuant to CAL. PEN. CODE § 3041(b) and 3041.2(a), whichever is later.

(Doc. No. 16 at 42). Had Ledesma been properly found suitable on November 2, 2006, Ledesma's finding of suitability would have become final 150 days later on April 1, 2007. *See* CAL. PEN. CODE §§ 3041(b), 3041.2(a). The parties do not dispute that the BPH appropriately applied a three-year parole term to Ledesma pursuant to Penal Code § 3000. Therefore, Ledesma parole term properly extends to April 1, 2010, and the BPH is not required to release him from parole until that time.

For the foregoing reasons, Petitioner's request for an order directing his immediate release from parole is DENIED.

**IT IS SO ORDERED.**

DATED: January 8, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge